438 A.2d 631

Garofalo, Appellant, v. Graney, et ux.

Argued June 9, 1980. John A. Morano, for appellant; Todd J. O'Malley, for appellees.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

PRICE, J., did not participate in the consideration or decision of this case.